IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS M. BLAHNIK, | ) | |
| | ) | Civil Action No. 06 - 502 |
| Plaintiff, | ) | |
| | ) | Chief Judge Donetta W. Ambrose / |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| NATIONAL AMUSEMENT CO.; | ) | |
| NORTHWAY MALL CINEMAS; | ) | |
| NORTHWAY MALL, LLP; and | ) | |
| NORTHWAY MALL BUILDING | ) | |
| MANAGEMENT | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 3rd day of October, 2006;

Defendant Shoppes at Northway (incorrectly named as Northway Mall, LP in Plaintiff's complaint) and Defendant Northway Mall Building Management filed a Motion to Dismiss (Doc. No. 7) along with a brief in support on August 28, 2006. Defendant National Amusement Company filed a Motion to Dismiss (Doc. No. 10) along with a brief in support on August 29, 2006. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff shall file a response and brief in opposition to Defendants' motions to dismiss no later than **October 25, 2006;**

**IT IS FURTHER ORDERED** that Defendants are allowed until **November 8, 2006,** to file a reply brief;

**IT IS FURTHER ORDERED** that an Initial Case Management Conference is scheduled before the undersigned on **November 17, 2006 at 3:30 PM** in Courtroom 7B of the United States Post Office and Courthouse Building, 700 Grant Street, Pittsburgh, PA 15219.

**IT IS FURTHER ORDERED** that in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1)(A), and Local Rule 72.1.3, the parties are allowed ten (10) days from the date of service to file an appeal from this order to the District Court. Failure to timely file an appeal may constitute a waiver of any appellate rights.

LISA PUPO LENIHAN
U.S. Magistrate Judge

cc: THOMAS M. BLAHNIK
466 Sandy Hill Road
Valencia, PA 16059

Moira E. Cain-Mannix
Marcus & Shapira
301 Grant Street
35th Floor, One Oxford Centre
Pittsburgh, PA 15219-6401
Email: cain-mannix@marcus-shapira.com

Edmond R. Joyal, Jr.
Law Office of Joseph S. Weimer
975 Two Chatham Center
Pittsburgh, PA 15219
Email: ejoyal@stpaultravelers.com