IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS M. BLAHNIK, | ) | |
| | ) | Civil Action No. 06 - 502 |
| Plaintiff, | ) | |
| | ) | Chief Judge Donetta W. Ambrose / |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| NATIONAL AMUSEMENT COMPANY; | ) | |
| NORTHWAY MALL CINEMAS; | ) | |
| NORTHWAY MALL, L.P.; NORTHWAY | ) | |
| MALL BUILDING MANAGEMENT | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff in the above captioned case filed an Amended Complaint (Doc. No. 15) on October 25, 2006. This filing renders the pending motions to dismiss moot. Therefore,

**IT IS ORDERED** this 31st day of October, 2006, that the Motion to Dismiss (Doc. No. 7) filed by Northway Mall L.P. and Northway Mall Building Management on August 28, 2006 is **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (Doc. No. 10) filed by National Amusement Company on August 29, 2006 is **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that Defendants file a response to the Amended Complaint (Doc. No. 15) no later than November 20, 2006.

BY THE COURT:
s/ Lisa Pupo Lenihan
LISA PUPO LENIHAN
U.S. MAGISTRATE JUDGE

cc:   All counsel of record